FILED
FEB 04 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE CRUMP, | No. C 16-00380 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN SOTO, | |
| Respondent. | |

By way of a motion filed in another (closed) action (15-4579 RS) petitioner asserts that the instant habeas action was filed in error. Accordingly, the instant action is DISMISSED. No filing fee is due. The order directing petitioner to pay the filing fee (Docket No. 3) is VACATED.

Petitioner is reminded that any motion to reopen his prior action (15-4579) <u>must</u> contain (1) full payment for the filing fee ($5.00), or, (2) if petitioner can no longer afford to pay the fee, a complete application to proceed *in forma pauperis* showing that he lacks sufficient funds. Any motion not accompanied by (1) or (2) will be summarily denied.

**IT IS SO ORDERED.**

DATED: February 4, 2016

RICHARD SEEBORG
United States District Judge

No. C 16-00380 RS (PR)
ORDER OF DISMISSAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CRUMP,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN SOTO,<br><br>        Respondent. | Case No. 3:16-cv-00380-RS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 2/4/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve  Crump ID: ID: AS2496
California State Prison-Los Angeles County
P.O. Box 8457
Lancaster, CA 93539

Dated: 2/4/2016

Susan Y. Soong
Clerk, United States District Court

By: _____
William Noble, Deputy Clerk to the
Honorable RICHARD SEEBORG